UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL RODRIGUEZ *on behalf of himself*
*and all others similarly situated*,

                Plaintiff,

      -against-

LIVANOS RESTAURANT, INC.,

                Defendant.
------------------------------------------------------------x

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Index No.: 23-cv-00675-NGG-PK

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant in the above-captioned action through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be discontinued and dismissed with prejudice, with each party to bear its own fees and costs.

Dated: July 18, 2023, 2023

**STEIN SAKS, PLLC**

*s/Mark Rozenberg*

Mark Rozenberg, Esq.
Stein Saks, PLLC
One University Plaza, Suite 620
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501

Dated: July 18, 2023

**CLIFTON BUDD & DeMARIA, LLP**

*s/Ian-Paul A. Poulos*

Ian-Paul A. Poulos, Esq.
*Attorneys for Defendant*
The Empire State Building
350 Fifth Avenue, 61st Floor
New York, New York 10118
(212) 687-7410

**SO ORDERED:**

s/Nicholas G. Garaufis
Honorable Nicholas G. Garaufis

Date: 9/19/23